# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1392
LT Case No. 2024-10881-CICI
_____

JON COMAS,

    Appellant,

    v.

OFFICE OF THE STATE ATTORNEY,
7TH JUDICIAL CIRCUIT and the
DAYTONA BEACH POLICE
DEPARTMENT,

    Appellees.

_____,


On appeal from the Circuit Court for Volusia County.
Dennis P. Craig, Judge.

Jon Comas, Sanford, pro se.

Matthew B. Bernstein and D. Robert Swanson, of Vernis &
Bowling of Central Florida, P.A., Deland, for Appellee, Office of
the State Attorney, 7th Judicial Circuit.

David M.B. Russell, of City of Daytona Beach, Daytona Beach, for
Appellee, Daytona Beach Police Department.

January 22, 2026


PER CURIAM.

AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____